| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, SBN 172379<br>Tyson M. Takeuchi, SBN 177419<br>LAW OFFICES OF TYSON TAKEUCHI<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com | **FILED & ENTERED**<br><br>**JUL 27 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY vandenst DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Joseph Ponce,<br><br>Isabel Ponce,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-14350-TD<br>CHAPTER: 7<br><br>**ORDER ☐ GRANTING ☒ DENYING<br>MOTION TO AVOID LIEN UNDER<br>11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*)*:* Mercedes-Benz Financial Services USA, LLC f/k/a DCFS USA LLC

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).
    a. ☒ There was no opposition and request for hearing.
    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*               Page 1               **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*):
      4211 West 134th Street, Hawthorne, CA 90250

   b. Legal description (*specify*):    ☐ See attached page
      BURLEIGH LOT 219 (APN 4045-018-030, County of Los Angeles, CA)

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): 7/14/2009.

   b. Recorder's instrument number or map/book/page number (*specify*): 20091060465

5. ☐ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☐ The judicial lien is void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☒ Insufficient evidence of fair market value. Schedule C shows the fair market value is $434,000, but paragraph 10 of the motion shows the fair market value is $314,500.

   e. ☐ Motion is incomplete.

   f. ☒ Other (*specify*): Debtor did not show the current amount owed for each lien.

7. ☐ The court further orders as follows (*specify*):

   ☐ See attached page

###

Date: July 27, 2015

Thomas B. Donovan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 4003-2.1.AVOID.LIEN.RP.ORDER